# THE R.C.A. RUBBER COMPANY
AN OHIO COMPANY OF AKRON, OHIO
1833 EAST MARKET ST. - P.O. BOX 9240 AKRON, OHIO 44305-0240
TELE: (330) 784-1291   FAX: (330) 784-2899
MANUFACTURERS OF
RUBBER FLOORING - STAIR TREADS - MOLDED PRODUCTS

FEDERAL ID 34-0476810

DUNS 00-419-4148

CUSTOMER NO.

FLEXI-FLOR
TARA-FLOR
WALL-FLEX
TRANSIT-FLOR
STAIR TREADS
SAFETY TREAD MATTING

SHIP TO:

SOLD TO: THE PULASKI RUBBER COMPANY

PAGE NO.

| INVOICE NO | DATE OF INVOICE | SHIPPING DATE | TERMS OF PAYMENT | FREIGHT TERMS OF SALE | F.O.B. |
|---|---|---|---|---|---|
| R-2557 | 2/29/04 | | NET 10TH PROX | DELIVERED | |
| METHOD OF SHIPMENT | BILL OF LADING NO. | TOTAL WEIGHT IN LB | SHIP VIA | | |
| 1COLLECT/2PREPAID/3OTHE | | | VARIOUS | | |

| DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|
| CALENDERED STOCK MARBLEIZED | | | | |
| CALENDERED STOCK MARBLEIZED - WIDE | 94,722 | VARIOUS | | $39,996.20 |

R.C.A.    ACCOUNT    AMOUNT          PULASKI  ACCOUNT    AMOUNT
CR        231-P      $39,996.20      DR       28         $39,996.20

| | OTHER CHARGES | FREIGHT CHARGES | TOTAL TAX | DISCOUNT ALLOWED | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|
| WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMMENDED AND THE REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR UNDER SECTION 14 THEREOF. ALL CLAIMS MUST BE MAID WITHIN 10 DAYS FROM RECEIPT OF MERCHANDISE | | | | | $39,996.20 |

CONFIDENTIAL DEF 03064

**EXHIBIT 21**

# THE R.C.A. RUBBER COMPANY
### AN OHIO CORPORATION OF AKRON, OHIO
### 1833 EAST MARKET ST. - P.O. BOX 9240 AKRON, OHIO 44305-0240
### TELE: (330) 784-1291  FAX: (330) 784-2899
### MANUFACTURERS OF
### RUBBER FLOORING-STAIR TREADS-MOLDED PRODUCTS

FEDERAL I.D. 34-0476810

DUNS 00-419-4148



FLEXI-FLOR
TARA-FLOR
WALL-FLEX
TRANSIT-FLOR
STAIR TREADS
SAFETY TREAD MATTING

SHIP TO:

SOLD TO: THE PULASKI RUBBER COMPANY

| INVOICE NO. | DATE OF INVOICE | SHIPPING DATE | TERMS OF PAYMENT | FREIGHT TERMS OF SALE | F.O.B. |
|---|---|---|---|---|---|
| R-2561 | 2-29-04 | | NET AT ONCE | | |

| METHOD OF SHIPMENT | BILL OF LADING NO. | TOTAL WEIGHT IN LBS. | SHIP VIA: |
|---|---|---|---|
| COLLECT/PREPAID/OTHER | | LBS | |

| | QUANTITY SHIPPED | | U-M | |
|---|---|---|---|---|
| COST OF COMMISSIONS | | | | 18,825.31 |
| RCA | | | | |
| 5-60 CR | | | | |
| 13  DR | | | | |
| RAD | | | | |
| V#   #283F-FEB. | | | | |

| OTHER CHARGES | FREIGHT CHARGES | TOTAL TAX | DISCOUNT ALLOWED | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|
| | | | | 18,825.31 |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

CONFIDENTIAL DEF 03065

# THE R.C.A. RUBBER COMPANY
AN OHIO CORPORATION OF AKRON, OHIO
1833 EAST MARKET ST. - P.O. BOX 9240 AKRON, OHIO 44305-0240
TELE: (330) 784-1291   FAX: (330) 784-2899
MANUFACTURERS OF
RUBBER FLOORING-STAIR TREADS-MOLDED PRODUCTS

ORIGINAL INVOI

FEDERAL I.D.
34-0476810

DUNS
00-419-4148

FLEXI-FLOR
TARA-FLOR
WALL-FLEX
TRANSIT-FLOR
STAIR TREADS
SAFETY TREAD MATTING

SOLD TO: THE PULASKI RUBBER COMPANY

| INVOICE NO. | DATE OF INVOICE | SHIPPING DATE | TERMS OF PAYMENT | FREIGHT TERMS OF SALE | F.O.B. |
|---|---|---|---|---|---|
| R-2560 | 2-29-04 | | NET 10TH PROX | | |

| DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|
| TO CHARGE FOR AKRON OFFICE EXPENSE | | | | 6,000.00 |
| | | | | |
| R.C.A.       PULASKI | | | | |
| 6-60          6-40 | | | | |

| OTHER CHARGES | FREIGHT CHARGES | TOTAL TAX | DISCOUNT ALLOWED | TOTAL INVOICE AMT |
|---|---|---|---|---|
| | | | | 6,000.00 |

CONFIDENTIAL DEF 03066

## THE R.C.A. RUBBER COMPANY
AN OHIO COMPANY OF AKRON, OHIO
1833 EAST MARKET ST. - P.O. BOX 9240 AKRON, OHIO 44305-0240
TELE: (330) 784-1291   FAX: (330) 784-2899
MANUFACTURERS OF
RUBBER FLOORING - STAIR TREADS - MOLDED PRODUCTS

H\Excel\Interplant\
RCA\2006
give to Maxine

FEDERAL ID
34-0476810

DUNS
00-419-4148

FLEXI-FLOR
TARA-FLOR
WALL-FLEX
TRANSIT-FLOR
STAIR TREADS
SAFETY TREAD MATTING

CUSTOMER NO.

SHIP TO

SOLD TO: THE PULASKI RUBBER COMPANY

PAGE NO.

| INVOICE NO | DATE OF INVOICE | SHIPPING DATE | TERMS OF PAYMENT | FREIGHT TERMS OF SALE | F.O.B. |
|---|---|---|---|---|---|
| | 3/31/2006 | | NET 10TH PROX | DELIVERED | |

| METHOD OF SHIPMENT | BILL OF LADING NO. | TOTAL WEIGHT IN LBS | SHIP VIA |
|---|---|---|---|
| 1COLLECT/2PREPAID/3OTHER | | 23,108 | VARIOUS |

| DESCRIPTION | | QUANTITY SHIPPED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|

**MISCELLANEOUS ITEMS**

| Date | | Account | Quantity | Unit Price | | Amount |
|---|---|---|---|---|---|---|
| 03/13/06 | | 133000 | 18,195 | 0.4996 | $ | 9,090.22 |
| 03/13/06 | | 133000 | 4,019 | 0.4853 | $ | 1,950.42 |
| 03/13/06 | | 133000 | 447 | 0.4989 | $ | 223.01 |
| 03/13/06 | | 133000 | 447 | 0.4860 | $ | 217.24 |
| | | | | | $ | - |
| | | | | | $ | - |
| | | 540000 | | | $ | - |
| | | | | | $ | - |

| R.C.A. | ACCOUNT | AMOUNT | PULASKI | ACCOUNT | AMOUNT |
|---|---|---|---|---|---|
| CR | 540000 | $ - | DR | 540000 | $ - |
| CR | 132000 | $ - | DR | 132000 | $ - |
| CR | 133000 | $11,480.89 | DR | 133000 | $11,480.89 |

| | OTHER CHARGES | FREIGHT CHARGES | TOTAL TAX | DISCOUNT ALLOWED | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|
| WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACTAS AMMENDED AND THE REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR UNDER SECTION 14 THEREOF. ALL CLAIMS MUST BE MAID WITHIN 10 DAYS FROM RECEIPT OF MERCHANDISE | | | | | $11,480.89 |

CONFIDENTIAL DEF 03074

# THE R.C.A. RUBBER COMPANY

AN OHIO COMPANY OF AKRON, OHIO
1833 EAST MARKET ST. - P.O. BOX 9240 AKRON, OHIO 44305-0240
TELE: (330) 784-1291 FAX: (330) 784-2899
MANUFACTURERS OF
RUBBER FLOORING - STAIR TREADS - MOLDED PRODUCTS

FEDERAL ID
34-0476810

DUNS
00-419-4148

H\Ever
R.C.A.
give a house

SHIP TO

SOLD TO: THE PULASKI RUBBER COMPANY

CUSTOMER NO.

FLEXI-FLOR
TARA-FLOR
WALL-FLEX
TRANSIT-FLOR
STAIR TREADS
SAFETY TREAD MATTING

PAGE NO.

| INVOICE NO | DATE OF INVOICE | SHIPPING DATE | TERMS OF PAYMENT | FREIGHT TERMS OF SALE | F.O.B. |
|---|---|---|---|---|---|
| | 4/30/2006 | | NET 10TH. PROX | DELIVERED | |
| METHOD OF SHIPMENT | BILL OF LADING NO. | TOTAL WEIGHT IN LBS | SHIP VIA | | |
| 1COLLECT/2PREPAID/3OTHER | | 40,186 | VARIOUS | | |

| DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|
| **MISCELLANEOUS ITEMS** | | | | |
| 04/06/06  Cured Stock | 133000 | 40,186 | 0.4781 | $ 19,212.93 |

| R.C.A. | ACCOUNT | AMOUNT | PULASKI | ACCOUNT | AMOUNT |
|---|---|---|---|---|---|
| CR | 540000 | $  - | DR | 540000 | $  - |
| CR | 132000 | $  - | DR | 132000 | $  - |
| CR | 133000 | $ 19,212.93 | DR | 133000 | $ 19,212.93 |

| WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6.7 AND 12 OF THE FAIR LABOR STANDARDS ACTAS AMMENDED AND THE REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR UNDER SECTION 14 THEREOF. ALL CLAIMS MUST BE MAID WITHIN 10 DAYS FROM RECEIPT OF MERCHANDISE | OTHER CHARGES | FREIGHT CHARGES | TOTAL TAX | DISCOUNT ALLOWED | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ 19,212.93 |

CONFIDENTIAL DEF 03070

# THE R.C.A. RUBBER COMPANY
## AN OHIO COMPANY OF AKRON, OHIO
### 1833 EAST MARKET ST. - P.O. BOX 92402 AKRON, OHIO 44305-0240
### TELE: (330) 784-1291   FAX: (330) 784-2899
## MANUFACTURERS OF
## RUBBER FLOORING - STAIR TREADS - MOLDED PRODUCTS

FEDERAL ID 34-0476810

DUNS 00-419-4148

FLEXI-FLOR
TARA-FLOR
WALL-FLEX
TRANSIT-FLOR
STAIR TREADS
SAFETY TREAD MATTING

SHIP TO: 

SOLD TO: THE PULASKI RUBBER COMPANY

CUSTOMER NO.            PAGE NO.

| INVOICE NO | DATE OF INVOICE | SHIPPING DATE | TERMS OF PAYMENT | FREIGHT TERMS OF SALE | F.O.B. |
|---|---|---|---|---|---|
| R-2558 | 2/29/04 | | NET 10TH PROX | DELIVERED | |

| METHOD OF SHIPMENT | BILL OF LADING NO. | TOTAL WEIGHT IN LB/SHIP VIA |
|---|---|---|
| COLLECT/PREPAID/30TH | 729,389 | VARIOUS |

| | QUANTITY SHIPPED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|
| BLACK SCHOOL BUS STOCK 92 D1 | 409,313 | .2206 | | 90,294.45 |
| BLACK SCHOOL BUS STOCK 92 D2 | 99,602 | .2244 | | 22,350.69 |
| BLACK SCHOOL BUS STOCK 92 X341 | 5,928 | .2181 | | 1,292.90 |
| BLACK SCHOOL BUS STOCK 92 x342 | 3,812 | .2038 | | 776.89 |
| BLACK RIB FLOORING STOCK 101 A38 | 191,718 | .2575 | | 49,367.39 |
| TRANSIT NOSING STOCK 660 R16 | 19,016 | .4956 | | 9,424.33 |

Average Freight = .0169

.1690

| | OTHER CHARGES | FREIGHT CHARGES | TOTAL TAX | DISCOUNT ALLOWED | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|
| R.C.A. ACCOUNT AMOUNT | | | | | |
| CR 251-P $173,506.65 | | | | | |
| | | | | | $173,506.65 |

PULASKI CCOUN  DR  28  $173,506.65

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND THE REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR UNDER SECTION 14 THEREOF. ALL CLAIMS MUST BE MAID WITHIN 10 DAYS FROM RECEIPT OF MERCHANDISE

CONFIDENTIAL DEF 03078

# FEBRUARY 2004

CONFIDENTIAL DEF 03079

| 92 D1 | 92 X341 | 101 A38 | 92 X342 | 92 D2 | 660 R16 | | Seal | Weight |
|---|---|---|---|---|---|---|---|---|
| 17,090 | 5,928 | 23,440 | 3,812 | 42,102 | 8,124 | | 6884 | 40,530 |
| 17,724 | | 23,456 | | 15,792 | 10,892 | | 6885 | 41,190 |
| 42,076 | | 8,838 | | 41,708 | | | 6886 | 42,076 |
| 31,938 | | 14,586 | | | | | 6887 | 31,938 |
| 11,746 | | 14,770 | | | | | 6888 | 20,584 |
| 26,170 | | 26,136 | | | | | 6889 | 40,756 |
| 35,478 | | 2,362 | | | | | 6890 | 35,478 |
| 26,504 | | 24,044 | | | | | 6891 | 41,274 |
| 14,606 | | 28,988 | | | | | 6892 | 40,742 |
| 26,798 | | 24,038 | | | | | 6893 | 37,284 |
| 41,416 | | 1,050 | | | | | 6894 | 41,416 |
| 34,938 | | | | | | | 6895 | 34,938 |
| 5,824 | | | | | | | 6896 | 35,796 |
| 35,486 | | | | | | | 6897 | 35,486 |
| 14,810 | | | | | | | 6898 | 14,810 |
| 31,980 | | | | | | | 6899 | 42,758 |
| | | | | | | | 6900 | 35,792 |
| | | | | | | | 6901 | 39,880 |
| | | | | | | | 6902 | 42,102 |
| | | | | | | | 6903 | 39,830 |
| | | | | | | | 6904 | 42,758 |
| 414,584 | 5,928 | 191,718 | 3,812 | 99,602 | 19,016 | 0 | | 734,660 |
| -5,271 | | | | | | | | -5,271 |
| 409,313 | 5,928 | 191,718 | 3,812 | 99,602 | 19,016 | 0 | | 729,389 |