# THE PULASKI RUBBER COMPANY
SUBSIDIARY OF THE R.C.A. RUBBER COMPANY
AN OHIO COMPANY OF AKRON, OHIO
P.O. DRAWER I PULASKI, TENNESSEE 38478-0909
TELE: (615) 363-6583
PULASKI FAX (615) 363-8422    AKRON FAX (330) 784-2899

FEDERAL ID: 34-0476810
DUNS: 00-419-4148

SHIP TO:

SOLD TO: THE R.C.A. RUBBER COMPANY

CUSTOMER NO.

FLEXI-FLOR
TARA-FLOR
WALL-FLEX
TRANSIT-FLOR
STAIR TREADS
SAFETY TREAD MATTING

PAGE NO. 1

| INVOICE NO | DATE OF INVOICE | SHIPPING DATE | TERMS OF PAYMENT | FREIGHT TERMS OF SALE | F.O.B. |
|---|---|---|---|---|---|
| | 4/30/2006 | | NET 20TH PROX | DELIVERED | |
| METHOD OF SHIPMENT | BILL OF LADING NO. | TOTAL WEIGHT IN LBS | SHIP VIA | | |
| 1COLLECT/2PREPAID/3OTHER | | 11,372 | VARIOUS | | |

| DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|

**MISCELLANEOUS ITEMS**

| Date | Description | | Quantity | | Unit Price | | Amount |
|---|---|---|---|---|---|---|---|
| 04/11/06 | 3" Brown Starter paper | 550000 | 12 | | 5.5200 | $ | 66.24 |
| 04/06/06 | Adamson Tread F | 6500-2507 | 1 | | | | N/C |
| 04/06/06 | Datson 6000# | 6500-1935 | 1 | | | | N/C |
| 04/06/06 | 40 # Propane | 25009377 | 1 | | | | N/C |
| 04/06/06 | time clock | 25009377 | 1 | | | $ | - |

| PULASKI | ACCOUNT | AMOUNT | | R.C.A. | ACCOUNT | AMOUNT |
|---|---|---|---|---|---|---|
| CR | 130000 | $ - | | DR | 130000 | $ - |
| CR | 131000 | $ - | | DR | 131000 | $ - |
| CR | 133000 | $ - | | DR | 133000 | $ - |
| CR | 134000 | $ - | | DR | 134000 | $ - |
| CR | 550000 | $ 66.24 | | DR | 550000 | $ 66.24 |

| | OTHER CHARGES | FREIGHT CHARGES | TOTAL TAX | DISCOUNT ALLOWED | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|
| WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMMENDED AND THE REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR UNDER SECTION 14 THEREOF. ALL CLAIMS MUST BE MAID WITHIN 10 DAYS FROM RECEIPT OF MERCHANDISE | | | | | $ 66.24 |

CONFIDENTIAL DEF 03068

**EXHIBIT 24**

# THE PULASKI RUBBER COMPANY
SUBSIDIARY OF THE R.C.A. RUBBER COMPANY
AN OHIO COMPANY OF AKRON, OHIO
P.O. DRAWER I PULASKI, TENNESSEE 38478-0909
TELE: (615) 363-5583
PULASKI FAX (615) 363-8422   AKRON FAX (330) 784-2899

FEDERAL ID 34-0476810

DUNS 00-419-4148

SHIP TO:

SOLD TO: THE R.C.A. RUBBER COMPANY

CUSTOMER NO.

FLEXI-FLOR
TARA-FLOR
WALL-FLEX
TRANSIT-FLOR
STAIR TREADS
SAFETY TREAD MATTING

PAGE NO. 2

| INVOICE NO | DATE OF INVOICE | SHIPPING DATE | TERMS OF PAYMENT | FREIGHT TERMS OF SALE | F.O.B. |
|---|---|---|---|---|---|
| P-698 | 2/29/04 | | NET 20TH PROX | DELIVERED | |

| METHOD OF SHIPMENT | BILL OF LADING NO. | TOTAL WEIGHT IN LB | SHIP VIA | | |
|---|---|---|---|---|---|
| 1COLLECT/2PREPAID/3OTHER | | 8,207 | VARIOUS | | |

| Date | Description | | QUANTITY SHIPPED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|---|
| 02/25/04 | IC CORP STEEL, (100 PCS) 452523 | 28 STEEL | 448 | 6.880 | | 688.00 |
| 02/25/04 | BLACK DUST FOR 101 COMPOUND | 3-60 | 7,967 | .006 | | 47.80 |
| 02/25/04 | 40" WOOD SPOOLS | | 1,012 | | | N/C |

$ (138.70)

| PULASKI | ACCOUNT | AMOUNT | R.C.A. | ACCOUNT | AMOUNT |
|---|---|---|---|---|---|
| CR | 257-FIN | $ 14,982.76 | DR | 297 | $ 14,982.76 |
| DR | 272 | $ 138.70 | CR | 297 | $ 138.70 |
| CR | 3-60 | $ 164.42 | DR | 28 | $ 164.42 |
| CR | 28 Steel | $ 1,252.16 | DR | 28 Steel | $ 1,252.16 |
| CR | 257-hyp | $ 611.10 | DR | 28-hyp | $ 611.10 |
| CR | 291 | $ 175.00 | DR | 291 | $ 175.00 |

| | OTHER CHARGES | FREIGHT CHARGES | TOTAL TAX | DISCOUNT ALLOWED | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|
| WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMMENDED AND THE REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR UNDER SECTION 14 THEREOF. ALL CLAIMS MUST BE MAID WITHIN 10 DAYS FROM RECEIPT OF MERCHANDISE | | | | | $ 17,046.74 |

CONFIDENTIAL DEF 03069