IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

EDWARD L. CHEATHAM; LARRY )
GIST; WILLIAM HOLT; and JAMES )
TEEPLES, on behalf of themselves and ) No. 1-11-0006
all other persons similarly situated )
)
v. )
)
THE R.C.A. RUBBER COMPANY OF )
AMERICA; THE PULASKI RUBBER )
COMPANY; THE PULASKI RUBBER )
COMPANY BENEFIT PLAN; and DOES )
1 through 20 )

O R D E R

Pursuant to the order entered May 21, 2012 (Docket Entry No. 105), counsel for the parties called the Court on May 31, 2012, at which time the following matters were addressed:

1. The plaintiffs will supplement their responses to written discovery on damages to date and/or revise the damages spreadsheet previously provided to the defendants.

2. Plaintiffs' counsel represented that the plaintiffs will not pursue claims against the Doe defendants.

Therefore, by June 6, 2012, the parties shall file an agreed order of dismissal of the plaintiffs' claims against defendants Does 1 through 20.

3. The defendants hope to make a revised proposal to the plaintiffs to resolve the case the week of June 4, 2012. Thereafter, the parties shall confer with each other to address the potential for settlement.

4. Counsel for the parties shall convene another telephone conference call with the Court on **Friday, June 22, 2012, at 11:00 a.m., central time,** to further address the potential for settlement. Counsel and the Court will use the same call in number previously provided by counsel.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge