UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| EDWARD L. CHEATHAM, et al., ) | |
| ) | |
| v. ) | NO. 1:11-0006 |
| ) | JUDGE SHARP |
| THE R.C.A. RUBBER COMPANY OF ) | |
| AMERICA, et al., ) | |

## ORDER

The pretrial conference scheduled for Monday, October 22, 2012 at 3:30 p.m. is hereby rescheduled for 2:30 p.m. the same day.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE