UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| EDWARD L. CHEATHAM, LARRY GIST, WILLIAM HOLT, AND JAMES TEEPLES, ON BEHALF OF THEMSELVES AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>THE R.C.A. RUBBER COMPANY OF AMERICA, THE PULASKI RUBBER COMPANY, AND THE PULASKI RUBBER COMPANY BENEFIT PLAN,<br><br>Defendants. | No. 1:11-00006<br>Judge Sharp |

## ORDER

By previous Order, the Court found that Plaintiffs Edward L. Cheatham, Larry Gist, William Holt, and James Teeples on behalf of themselves and other union retirees or former union employees (and their spouses) are entitled to receive retiree health care benefits under the Pulaski Group Insurance Agreement as amended over the years. For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, the Court further FINDS that Defendant The R.C.A. Rubber Company of America's corporate veil should be pierced, making R.C.A. liable for those retiree health care benefits. As a part of the final judgment entered in this case, Defendant R.C.A. will be ordered to pay the claims of the class members that have been submitted to, and approved by, the Plan.

The Court will hold a hearing on Monday, September 16, 2013, at 9:00 a.m. to discuss what procedure will be utilized to determine the amount of equitable damages to which the Plaintiff class

1

members are entitled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE