UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| EDWARD L. CHEATHAM, LARRY GIST, WILLIAM HOLT, AND JAMES TEEPLES, ON BEHALF OF THEMSELVES AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE R.C.A. RUBBER COMPANY OF AMERICA [sic], *et al.*,<br><br>    Defendants. | Case No. 1:11-cv-0006<br><br>Judge Sharp |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Come now the Plaintiffs and Defendants (collectively the "Parties"), by counsel, and pursuant to Federal Rule of Civil Procedure 23(e), jointly move the Court to enter an order granting final approval of the proposed settlement in this matter. As detailed in the attached Memorandum, this Court should finally approve the proposed settlement agreement (the "Agreement"), which is attached and incorporated herein by reference as "Exhibit 1" because the proposed resolution was the product of arms-length negotiations, is fair, reasonable, and adequate as to Plaintiffs, and is within the range of results that warrant final approval by this Court. A proposed order is attached to this Motion as "Exhibit 2".

Respectfully submitted this 3rd day of February, 2015,

| | |
|---|---|
| Lynn Agee, Esq. | s/William T. Payne/s   (by email consent) |
| 3340 Perimeter Hill Drive | William T. Payne, Esq. |
| Nashville, TN 37211 | Feinstein Doyle Payne & Kravec, LLC |
| | 17th Floor, Allegheny Building |
| | 429 Forbes Avenue |
| | Pittsburgh, PA 15219 |

*Attorneys for Plaintiffs Cheatham, Gist, Holt and Teeples*

**AND**

s/Jack F. Fuchs/s
Jack F. Fuchs (KY Bar # 84302)
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Phone: 513-352-6741
Fax: 513-241-4771
Email: Jack.Fuchs@ThompsonHine.com

| | |
|---|---|
| Dale V. Wilson | Phillip G. Young, Jr. |
| Ohio Bar No. 0005596 | Garfinkle, McLemore & Young, PLLC |
| Wilson & Associates | 22 Public Square, Suite 12 |
| 570 Swartz Rd. | Columbia, TN 38401 |
| Akron, OH 44319 | (913) 381-0057 |
| (330) 896-2200 | (913) 381-0058 Fax |
| (330) 896-2205 Fax | pyoung@gmylaw.com |
| dale@dvwilsonlaw.com | |

*Attorneys for Defendants The R.C.A. Rubber Company,*
*The Pulaski Rubber Company and The Pulaski Rubber Company Benefit Plan*

2

Case 1:11-cv-00006   Document 225   Filed 02/03/15   Page 2 of 3 PageID #: 6534

# CERTIFICATE OF SERVICE

       I hereby certify that a true and accurate copy of the foregoing was served via ECF filing in United States District Court, this 3rd day of February, 2015 upon:

| | |
|---|---|
| Lynn Agee, Esq. | William T. Payne, Esq. |
| 3340 Perimeter Hill Drive | Feinstein Doyle Payne & Kravec, LLC |
| Nashville, TN 37211 | 17th Floor, Allegheny Building |
| | 429 Forbes Avenue |
| | Pittsburgh, PA 15219 |

*Attorneys for Plaintiffs Cheatham, Gist, Holt and Teeples*

                                       s/Jack F. Fuchs/s